**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 450 WAL 2014
:
                  Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
JOSEPH M. VANGOETHEM, :
:
                  Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.